**FILED**
**DECEMBER 4, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN N. HAMSTRA, SR., MARCIA HAMSTRA, JOHN N. HAMSTRA, JR., Individually and as Father and Next Friend of JACKSON ALEXANDER HAMSTRA, LOGAN JOHN HAMSTRA, GABRIELLA FAITH HAMSTRA and BRIDGET HAMSTRA, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.: |

**07 C 6836**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE NOLAN**

## NOTICE OF REMOVAL

NOW COMES the defendant NATIONAL RAILROAD PASSENGER CORPORATION by undersigned counsel, and files this Notice of Removal pursuant to 28 U.S.C. § 1446.

The grounds for removal are as follows:

1. The Complaint in the captioned matter was filed in the Circuit Court of Cook County on or about December 3, 2007. (A copy of the Complaint is attached hereto as Exhibit "A") In this Complaint, Plaintiffs seek recovery for injuries allegedly sustained three days earlier on November 30, 2007 in a collision involving an Amtrak passenger train and a Norfolk Southern freight train in Chicago, Illinois.

2. This Notice of Removal is being filed with this Court within thirty (30) days from the earliest date when the defendant had notice of and was in receipt of the complaint. Defendant National Railroad Passenger Corporation has not been formally served with a copy of the

complaint but has acquired it through independent means. The Norfolk Southern has not yet been served with the complaint.

3.    Pursuant to 28 U.S.C. §1331, the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States. Pursuant to §1349, the district courts "shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, *unless the United States is the owner of more than one-half of its capital stock*." (emphasis added)

Said otherwise, the district courts shall have original jurisdiction of civil actions against a corporation where the United States owns more than one-half of the capital stock. See, e.g., *Osborne v. Bank of the United States*, 22 U.S. (9 Wheat) 738 (1824)(since the Bank of the United States was created by an Act of Congress any suit to which the bank was a party was a suit arising out of the laws of the United States); *Pacific Railroad Removal Cases*, 115 U.S. 1 (1885)(suits involving federally chartered corporations, even ones that were privately owned, created federal questions and were within original jurisdiction of district courts); see also 13B C. Wright, A. Miller, & E. Cooper, FEDERAL PRACTICE AND PROCEDURE, sec. 3571, at 176-178 (2d Ed. 1984)("Thus there is federal jurisdiction without more of an action by or against a corporation if the United States owns more than half of the capital stock of the corporation.")(and cases cited therein).

4.    Defendant National Railroad Passenger Corporation was created by an Act of Congress (45 U.S.C. § 501 *et seq.*), and was incorporated pursuant to 45 U.S.C. §§ 541 and 542, now codified under 49 U.S.C. §§ 24301, *et seq.*. Additionally, the United States is the owner of more than one-half of the National Railroad Passenger Corporation's capital stock.

Without further delay:

5. Because the United States is the owner of more than one-half of the National Railroad Passenger Corporation's capital stock, under the case law and authorities cited, this Court has original jurisdiction of this matter. *Adkins v. Illinois Central Railroad* Co., 326 F.3d 828, 848 (7th Cir. 2003); *Estate of Wright v. Illinois Central Railroad*, 831 F. Supp. 574 (S.D. Miss. 1993)(National Railroad Passenger Corporation was subject to federal question jurisdiction under §§ 1331 and 1349). See also *In Re Rail Collision Near Chase, Maryland on January 4, 1987 Litigation*, 680 F. Supp. 728 (D. Md. 1987).

6. This cause does not arise under the worker's compensation laws of any state and is not brought under 45 U.S.C. §51-60 or 49 U.S.C. §11707 against a common carrier, railroad or their receivers of trustees. Therefore, this cause is removable to this Court pursuant to 28 U.S.C. §1441(a).

7. This Notice of Removal is filed on behalf of defendant National Railroad Passenger Corporation. The defendant Norfolk Southern Railway Company, also represented by undersigned counsel, has not been served but consents to this removal.

8. Further, in accordance with 28 U.S.C. § 1446(d), undersigned counsel has given written notice of the filing of this Notice of Removal by hand-delivery with attached exhibits to plaintiffs through their counsel Thomas K. Prindable of the Clifford Law Offices, 120 N. LaSalle Street, 31st Floor, Chicago, Illinois 60602. In further compliance with § 1446(d), on that same date, the defendants herein also filed with the clerk of the Circuit Court of Cook County a copy of this Notice of Removal.

WHEREFORE, Defendant NATIONAL RAILROAD PASSENGER CORPORATION files this Notice of Removal so that the entire state court action under Cause No. 07 L 13453 now pending in the Circuit Court of Cook County, Illinois, be removed to this Court for all further proceedings.

                               NATIONAL RAILROAD PASSENGER CORPORATION

                               By: _/s/ Susan K. Laing_____
                                       One of its attorneys

Susan K. Laing
Anderson, Rasor & Partners, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312)673-7813 (S. K. Laing)

## CERTIFICATE OF SERVICE

I, Susan K. Laing, an attorney, on oath depose and say that I served a true and correct copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT** to:

Robert A. Clifford
Thomas K. Prindable
Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle
31st Floor
Chicago, Illinois 60602

by hand delivery before the hour of 5:00 pm on this December 4th, 2007.

_____

Susan K. Laing
ANDERSON, RASOR & PARTNERS, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312) 673-7813 (S.K.Laing)