IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN N. HAMSTRA, SR., MARCIA HAMSTRA, JOHN N. HAMSTRA, JR., Individually and as Father and Next Friend of JACKSON ALEXANDER HAMSTRA, LOGAN JOHN HAMSTRA, GABRIELLA FAITH HAMSTRA and BRIDGET HAMSTRA,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.: 07 C 6836<br>)  Judge Rebecca Pallmeyer<br>)  Magistrate Nan Nolan<br>)<br>)<br>)<br>)<br>) |

## PROOF OF FILING

    I HEREBY CERTIFY that a copy of the Notice of Removal to remove the above-styled cause from the Circuit Court of Cook County, Illinois, to this Court has been filed with the Clerk of the Circuit Court of Cook County, Illinois, on the 4th day of December, 2007.

DATE:    December 4, 2007

                                                        /s/ Susan K. Laing
                                                        Susan K. Laing
                                                        Anderson, Rasor & Partners, LLP
                                                        Attorneys for Defendant
                                                        NATIONAL RAILROAD
                                                        PASSENGER CORPORATION

Anderson, Rasor & Partners, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312)673-7813 (S. K. Laing)

## CERTIFICATE OF SERVICE

I, Susan K. Laing, an attorney, on oath depose and say that I served a true and correct copy of the foregoing **PROOF OF FILING** to:

Robert A. Clifford
Thomas K. Prindable
Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

by hand delivery before the hour of 5:00 pm on this 5th day of December, 2007.

Susan K. Laing
ANDERSON, RASOR & PARTNERS, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312) 673-7813 (S.K. Laing)