**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                  Case Number: 07cv6836

JOHN N. HAMSTRA, SR., MARCIA HAMSTRA, et al
                                Plaintiffs,
v.
NRPC and NORFOLK SOUTHERN RAILWAY COMPANY
                                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY

| | |
|---|---|
| **NAME (Type or print)** <br> Susan K. Laing | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Susan K. Laing | |
| **FIRM** <br> ANDERSON, RASOR & PARTNERS, LLP | |
| **STREET ADDRESS** <br> 55 East Monroe, Suite 3650 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois  60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 06211085 | **TELEPHONE NUMBER** <br> 773-673-7781 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

   The undersigned, a non-attorney, on oath state that I caused a copy of the foregoing **APPEARANCE** to be served upon:

Robert A. Clifford
Thomas K. Prindable
Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

by placing a true and correct copy in the U.S. Mail Chute at 55 East Monroe, Chicago, Illinois 60603 before the hour of 5:00 p.m. on this __5TH__ day of __December__, 2007.

_____
Catherine M. Tervanis

Subscribed and sworn to before me
this __5th__ day of __December__, 2007

_____
Notary Public

"OFFICIAL SEAL"
BARBARA C. MEGGINSON
Notary Public, State of Illinois
My Commission Expires 01/09/09

ANDERSON, RASOR & PARTNERS, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312) 673-7800
FIRM I.D. No. 41529