# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number: 07cv6836

JOHN N. HAMSTRA, SR., MARCIA HAMSTRA, et al
　　　　　　　　　Plaintiffs,
v.
NRPC and NORFOLK SOUTHERN RAILWAY COMPANY
　　　　　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY

| |
|---|
| NAME (Type or print)<br>Aaron P. Ryan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] |
| FIRM<br>ANDERSON, RASOR & PARTNERS, LLP |
| STREET ADDRESS<br>55 East Monroe Street, Suite 3650 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06279735 | TELEPHONE NUMBER<br>312-673-7800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |

# CERTIFICATE OF SERVICE

The undersigned, a non-attorney, on oath state that I caused a copy of the foregoing **APPEARANCE** to be served upon:

Robert A. Clifford
Thomas K. Prindable
Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

by placing a true and correct copy in the U.S. Mail Chute at 55 East Monroe, Chicago, Illinois 60603 before the hour of 5:00 p.m. on this __5TH__ day of __December__, 2007.

_Catherine M. Tervanis_ (signature)
Catherine M. Tervanis

Subscribed and sworn to before me
this __5th__ day of __December__, 2007

_Barbara C. Megginson_ (signature)
Notary Public

"OFFICIAL SEAL"
BARBARA C. MEGGINSON
Notary Public, State of Illinois
My Commission Expires 01/09/09

ANDERSON, RASOR & PARTNERS, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312) 673-7800
FIRM I.D. No. 41529