**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN N. HAMSTRA, SR., | ) | |
| MARCIA HAMSTRA, | ) | |
| JOHN N. HAMSTRA, JR., Individually and | ) | |
| as Father and Next of Friend of | ) | |
| JACKSON ALEXANDER HAMSTRA, a minor, | ) | |
| LOGAN JOHN HAMSTRA, a minor, | ) | |
| GABRIELLA FAITH HAMSTRA, a minor, and | ) | |
| BRIDGET HAMSTRA, | ) | No:    07 CV 06836 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION d/b/a AMTRAK and | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

*TO:    Susan K. Laing
Anderson, Rasor & Partners, LLP
55 E. Monroe Street, Suite 3650
Chicago, IL 60603*

On **December 17, 2007**, at 8:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer, or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 2119, of the United States District Courts, Northern District of Illinois, Eastern Division, and shall then and there present **MOTION FOR PROTECTIVE ORDER,** a copy of which is attached hereto.

By:    s/Sean P. Driscoll
Robert A. Clifford
Thomas K. Prindable
CLIFFORD LAW OFFICES
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Telephone:    (312) 899-9090
Facsimile:    (312) 251-1160

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 10, 2007 the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys of record who are registered users, and also certifies that said document was served via U.S. Mail to all attorneys of record by depositing the same in a properly addressed envelope in the mail box located at 120 N. LaSalle Street with postage prepaid this 10th day of December, 2007.

s/Sean P. Driscoll
Robert A. Clifford
Thomas K. Prindable
CLIFFORD LAW OFFICES
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160