Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6836 | DATE | 12/17/2007 |
| CASE TITLE | John N. Hamstra, Sr., et al vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs motion for protective order [9] granted. Enter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|