IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN N. HAMSTRA, SR., )<br>MARCIA HAMSTRA, )<br>JOHN N. HAMSTRA, JR., Individually and )<br>as Father and Next of Friend of )<br>JACKSON ALEXANDER HAMSTRA, a minor, )<br>LOGAN JOHN HAMSTRA, a minor, )<br>GABRIELLA FAITH HAMSTRA, a minor, and )<br>BRIDGET HAMSTRA, )<br> )<br>            Plaintiffs, )<br> )<br>    v. )<br> )<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION d/b/a AMTRAK and )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, a corporation, )<br> )<br>            Defendants. ) | No:   07 CV 06836 |

### ORDER

This cause coming to be heard on Plaintiff's Emergency Motion for Protective Order,

**IT IS HEREBY ORDERED:**

NATIONAL RAILROAD PASSENGER, d/b/a AMTRAK shall preserve and protect the following:

(a) All maintenance records of the train cars, including but not limited to the braking systems, for AMTRAK Train number 371 for the five (5) years prior to and including November 30, 2007;

(b) All dispatch tapes evidencing communication and transmissions between the operator of AMTRAK Train number 371 and dispatchers immediately before, at the time of and immediately after the occurrence November 30, 2007;

(c) All maintenance records reflecting maintenance and repair performed within the five (5) years prior to November 30, 2007 on the railroad tracks within the greater of two stops or 500 yards of the site of the occurrence;

- (d) Access to the event recorder and/or black box on the subject train and any and all data or information taken from the event recorder;

- (e) All data reflecting the speed of the subject train at all times within the greater of two stops or 500 yards of the site of the occurrence immediately before and at the time of the occurrence;

- (f) Add data reflecting the operation of the breaking system of the train cars involved in this derailment;

- (g) The complete employment file of the operator of the operator of the train involved in this occurrence;

- (h) All data reflecting the existence of the implementation of the emergency evacuation plan in effect on the day of the occurrence;

- (i) The train cars involved in the derailment and any of the component parts of the cars;

- (j) Any and all video tapes and or photographs of the subject train at all times within the greater of two stops or 500 yards of the site of the occurrence immediately before and at the time of the occurrence; and

- (k) Any parts or component parts of the rail system which were damages, altered, replaced, or otherwise repaired following the occurrence.

NORFOLK SOUTHERN RAILWAY COMPANY shall preserve and protect the following:

- (a) All maintenance records of the train cars, including but not limited to the braking systems, for the freight train for the five (5) years prior to and including November 30, 2007;

- (b) All dispatch tapes evidencing communication and transmissions between the operator of freight train and dispatchers immediately before, at the time of and immediately after the occurrence November 30, 2007;

- (c) All maintenance records reflecting maintenance and repair performed within the five (5) years prior to November 30, 2007 on the railroad tracks within the greater of two stops or 500 yards of the site of the occurrence;

- (d) Access to the event recorder and/or black box on the subject train and any and all data or information taken from the event recorder;

- (e) All data reflecting the speed of the subject train at all times within the greater of

|     | two stops or 500 yards of the site of the occurrence immediately before and at the time of the occurrence; |
| --- | --- |
| (f) | Add data reflecting the operation of the breaking system of the train cars involved in this derailment; |
| (g) | The complete employment file of the operator of the operator of the train involved in this occurrence; |
| (h) | All data reflecting the existence of the implementation of the emergency evacuation plan in effect on the day of the occurrence; |
| (i) | The train cars involved in the derailment and any of the component parts of the cars; |
| (j) | Any and all video tapes and or photographs of the subject train at all times within the greater of two stops or 500 yards of the site of the occurrence immediately before and at the time of the occurrence; and |
| (k) | Any parts or component parts of the rail system which were damages, altered, replaced, or otherwise repaired following the occurrence. |

The CITY OF CHICAGO shall preserve and protect the following:

| (a) | All police reports, 911 emergency tapes, ambulance records, investigative reports, citations, surveillance videos tapes of the incident and/or recorded digital tapes, photographs, complaints and any and all memoranda related to the occurrence in question. |
| --- | --- |

..........12.17......................., 2007
ENTER

.....(signature).....
JUDGE

Robert A. Clifford
Thomas K. Prindable
Sean P. Driscoll
Attorneys for Plaintiffs
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Attorney No. 32640
Tel. (312) 899-9090