# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6836 | **DATE** | 3/13/2008 |
| **CASE TITLE** | John N. Hamstra, Sr. vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/13/2008. Plaintiff's Rule 26(a)(1) disclosures to be made within 28 days. Discovery to be complete by 7/14/2008. On the parties' joint oral motion, Case 08 C 1385, *Chris Deulen v. National Railroad Passenger Corporation, et al* to be reassigned as related. Status hearing set for 6/10/2008 at 9:00.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|