IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN N. HAMSTRA, SR., MARCIA HAMSTRA, JOHN N. HAMSTRA, JR., Individually and as Father and Next Friend of JACKSON ALEXANDER HAMSTRA, LOGAN JOHN HAMSTRA, GABRIELLA FAITH HAMSTRA and BRIDGET HAMSTRA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>Defendants. | No.:   07 C 6836<br>Judge Rebecca Pallmeyer |

**MOTION FOR A QUALIFIED PROTECTIVE ORDER**

Now comes Defendant, **NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK and NORFOLK SOUTHERN RAILWAY COMPANY,** by its attorneys, **ANDERSON, RASOR & PARTNERS, LLP**, pursuant to 42 U.S.C. §1320d and 45 CFR Parts 160 and 164 (HIPAA) and requests that this court enter a qualified protective order, stating as follows:

i.  Plaintiff has filed a case alleging that the Defendant negligently caused the Plaintiff's injuries.

ii. The treating physicians, hospitals and other health care providers disclosed by plaintiff in this case, are all "covered entities" as defined by 45 CFR 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order. 45 CFR § 164.512(e)

iii.　These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 160.501, in the form of medical records (imaging, test results, insurance documents, notes, orders, labs, correspondence, pathology, etc) pertaining to **John N. Hamstra, Sr., Marcia Hamstra, John N. Hamstra, Jr., Jackson Alexander Hamstra, Logan John Hamstra, Gabriella Faith Hamstra, and Bridget Hamstra.**

iv.　Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to **John N. Hamstra, Sr., Marcia Hamstra, John N. Hamstra, Jr., Jackson Alexander Hamstra, Logan John Hamstra, Gabriella Faith Hamstra, and Bridget Hamstra** which is in the treating providers' possession.

WHEREFORE, Defendants, **National Railroad Passenger Corporation d/b/a Amtrak and Norfolk Southern Railway Company,** respectfully request that this Court enter the proposed order permitting the use and disclosure of PHI created or received by any covered entity who has provided health care to **John N. Hamstra, Sr., Marcia Hamstra, John N. Hamstra, Jr., Jackson Alexander Hamstra, Logan John Hamstra, Gabriella Faith Hamstra, and Bridget Hamstra** for any purpose connected with the pending litigation.

Respectfully submitted,

ANDERSON, RASOR & PARTNERS, LLP

_____
Attorneys for Defendants,

**ANDERSON, RASOR & PARTNERS, LLP**

55 E. Monroe Street, Suite 3650
Chicago, IL 60603
312-673-780
Attorney I.D. 41529
Attorneys for Defendant:

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she served the foregoing **MOTION FOR A QUALIFIED PROTECTIVE ORDER** to:

Robert A. Clifford
Thomas K. Prindable
Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

by mailing a true copy thereof to counsel as listed above, before the hour of 5:00 p.m. on the 31ST day of March, 2008.

Subscribed and Sworn To Before Me
this __31st__ day of __March__, 2008

_____
Notary Public

"OFFICIAL SEAL"
SHARON F. DINOVO
Notary Public, State of Illinois
My Commission Expires 09/27/10

ANDERSON, RASOR & PARTNERS, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603
(312) 673-7800