IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN N. HAMSTRA, SR., MARCIA HAMSTRA, JOHN N. HAMSTRA, JR., Individually and as Father and Next Friend of JACKSON ALEXANDER HAMSTRA, LOGAN JOHN HAMSTRA, GABRIELLA FAITH HAMSTRA and BRIDGET HAMSTRA,<br><br>   Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>   Defendants. | No.: 07 C 6836<br>Judge Rebecca Pallmeyer<br>Magistrate Nan Nolan |

## NOTICE OF MOTION

**To:** See Attached Service List

  On April 3, 2008, at 8:45 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca Pallmeyer or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2119 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing, **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and NORFOLK SOUTHERN RAILWAY COMPANY's MOTION FOR A QUALIFIED PROTECTIVE ORDER**, a copy of which is hereby served upon you.

                _/s/ [signature]_

Name: Anderson, Rasor & Partners, LLP   Attorney for: National Railroad Passenger Corp.
Address: 55 E. Monroe          City: Chicago, IL 60603
Telephone: (312) 657-7813       Atty. No.: 41529

## PROOF OF SERVICE BY MAIL

    I, Catherine M. Tervanis, a non-attorney, certify I served this notice of motion by mailing a copy to the above-named at the above-listed address(es) and depositing the same in the U.S. mail at 55 E. Monroe, Chicago, IL before 5:00 p.m. on March 31, 2008.

*/s/ Catherine M. Tervanis*

Subscribed to and sworn to before me this
31th day of March, 2008

*/s/ Sharon F. DiNovo*
Notary Public

"OFFICIAL SEAL"
SHARON F. DiNOVO
Notary Public, State of Illinois
My Commission Expires 09/27/10

Anderson, Rasor & Partners, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603
(312)673-7813 (S.K. Laing)

## SERVICE LIST

Robert A. Clifford
Thomas K. Prindable
Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602