Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6836 | **DATE** | 4/3/2008 |
| **CASE TITLE** | John N. Hamstra, Sr., et al vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion for a qualified protective order [17] granted with amendment to paragraph 2. Enter Order Pursuant To HIPAA.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:2

U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C6836 John N. Hamstra, Sr., et al vs. National Railroad Passenger Corporation, et al

Page 1 of 1