## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

John N Hamstra Sr, et al.

                                                                                                  Plaintiff,

v.                                                                                                                     Case No.:
                                                                                                                     1:07−cv−06836

                                                                                                                     Honorable Rebecca
                                                                                                                     R. Pallmeyer

National Railroad Passesger Corporation, et al.

                                                                                Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(etv, )Mailed notice.


Dated: September 3, 2008

                                                                                /s/ Rebecca R. Pallmeyer

                                                                                 United States District Judge