# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6836 | **DATE** | 9/3/2008 |
| **CASE TITLE** | John N. Hamstra, Sr., et al vs. National Railroad Passenger Corporation | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/3/2008. Date for Defendant's answer to liability interrogatories continued generally. Status hearing set 11/5/2008 at 9:00. Referral to Magistrate Judge Nolan for settlement conference.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|