IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN N. HAMSTRA, SR., MARCIA HAMSTRA, JOHN N. HAMSTRA, JR., Individually and as Father and Next Friend of JACKSON ALEXANDER HAMSTRA, LOGAN JOHN HAMSTRA, GABRIELLA FAITH HAMSTRA and BRIDGET HAMSTRA, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.:   07 C 6836 Judge Rebecca Pallmeyer Magistrate Nan Nolan |
| NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| CHRIS DEULEN, JULIE DEULEN, GAIL WILCINSKI, ANNETTE SCHRAG, DAVID TAYLOR, LINDA STICKNEY-TAYLOR, and DIANE KALUSNIAK, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.:   08 C 1385 |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al. | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

NOW COME Plaintiffs, by their counsel, Sean P. Driscoll and Clifford Law Offices, and Defendants National Railroad Passenger Corporation and Norfolk Southern Railway Company, by their counsel, Susan K. Laing and Anderson, Rasor & Partners, LLP, and submit this Joint Status Report:

This matter arises out of a November 30, 2007, accident in which an Amtrak passenger train collided with the rear of a stationary Norfolk Southern freight train. The plaintiffs were passengers on the Amtrak train and are claiming personal injuries as a result of the alleged negligence of the defendants.

All lawsuits filed in the Northern District of Illinois are pending before Judge Pallmeyer, given that all claims arise out of the same accident. Discovery to date has consisted of the parties' initial exchange of Rule 26(a)(1) information, as well as discovery directed at ascertaining the nature and extent of the claimed physical injuries of the passengers. Having completed the initial discovery relevant to the claims of damages, the parties believe that they are in a position to negotiate, and hopefully settle, the claims without the need for additional discovery, thereby avoiding the additional time and expense of discovery directed to liability issues.

| ON BEHALF OF THE PLAINTIFFS | NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY |
|---|---|
| By: /s/Sean P. Driscoll<br>One of their attorneys | By: /s/ Susan K. Laing<br>One of their attorneys |
| Sean P. Driscoll<br>Clifford Law Offices<br>120 N. LaSalle St., 31st Floor<br>Chicago, Illinois 60602<br>(312) 899-9090 | Susan K. Laing<br>Anderson, Rasor & Partners, LLP<br>55 East Monroe, Suite 3650<br>Chicago, Illinois 60603<br>(312) 673-7813 |

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she served the foregoing **JOINT STATUS REPORT** to:

Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

by faxing and mailing a true copy thereof to counsel as listed above, before the hour of 5:00 p.m. on the 5TH day of September, 2008.

Subscribed and Sworn To Before Me
this  5th  day of September, 2008

Notary Public

"OFFICIAL SEAL"
PATRICIA A. GUNIA
Notary Public, State of Illinois
My Commission Expires 06/13/11

ANDERSON, RASOR & PARTNERS, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603
(312) 673-7800