## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07CV6836　　　　Assigned/Issued By: DAJ

Judge Name: PALLMEYER　　　　Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

**Amount Due:**　☐ $350.00　　☐ $39.00　　☐ $5.00
　　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____
　　　　　　　　☒ $455.00

Number of Service Copies _____　　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons　　　　　　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　　　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons　　　☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets　　　　　☐ Other
☐ Writ _____
　　*(Type of Writ)*　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*(Type of issuance)*

2 Original and 2 copies on 03/31/09 as to AETNA HEALTH INC, RAWLINGS INC.
　　　　　　　　　　　　　　*(Date)*