

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN N. HAMSTRA, SR., )<br>MARCIA HAMSTRA, )<br>JOHN N. HAMSTRA, JR., Individually and )<br>as Father and Next of Friend of )<br>JACKSON ALEXANDER HAMSTRA, a minor, )<br>LOGAN JOHN HAMSTRA, a minor, )<br>GABRIELLA FAITH HAMSTRA, a minor, and )<br>BRIDGET HAMSTRA, )<br>                    Plaintiffs, )<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION d/b/a AMTRAK and )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, a corporation, )<br>                    Defendants. ) | No:   07 CV 06836 |

### AGREED ORDER

THIS MATTER COMING ON TO BE HEARD on Plaintiffs', JOHN N. HAMSTRA, JR., as Father and Next Friend of GABRIELLA FAITH HAMSTRA, a minor, Plaintiffs' Motion to Approve Settlement of a Minor's Cause of Action Against the Defendants, NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK and NORFOLK SOUTHERN RAILWAY COMPANY, (hereinafter collectively referred to as "Defendants"). Due notice having been given and the Court being fully advised in the premises.

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Approve Settlement is granted;

2. Based upon the facts and circumstances of this case, Plaintiffs and their attorneys have agreed that the total settlement offer of $20,000.00 offered by the Defendants, NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK and NORFOLK SOUTHERN RAILWAY COMPANY, is fair, reasonable and in the best interest of the minor and recommend it

to the Court;

3. The attorneys for the Plaintiffs, Clifford Law Offices, P.C., are entitled to attorney fees according to the contract of 33 1/3% ($6,666.67);

4. The attorneys for the Plaintiff, Clifford Law Offices, P.C., are entitled to reimbursement for reasonable and necessary expenses attributable to the lawsuit in the amount of $356.66;

5. After deduction of attorney's fees and attorney's expenses, the net amount distributable to the Plaintiff, JOHN N. HAMSTRA, JR., as Father and Next Friend of GABRIELLA FAITH HAMSTRA is $12,976.67;

6. This settlement is fair, reasonable and in the best interest of the minor.

7. This case shall be dismissed in its entirety with prejudice and with each party to bear its own costs as to and against all Defendants.

IT IS THEREFORE ORDERED that the settlement is approved and JOHN N. HAMSTRA, JR., as Father and Next Friend of GABRIELLA FAITH HAMSTRA, a minor, is authorized and directed to execute releases upon receipt of the sum offered and to distribute the proceeds in accordance with the laws of the State of Michigan.

ENTER:

_____
JUDGE
4-23-09

Sean P. Driscoll
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Tel. (312) 899-9090
ARDC No. 6288120